IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| M.A.B., a minor,<br>by and through his parents and next friends,<br>L.B. and L.B., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 16-02622-GLR |
| BOARD OF EDUCATION OF<br>TALBOT COUNTY, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED BRIEFING SCHEDULE

The parties, Plaintiff, M.A.B., by and through his undersigned counsel, and Defendants, the Board of Education of Talbot County, Kelly L. Griffith, and Tracy Elzey, by and through their undersigned counsel, and in accordance with the Court's Order of April 12, 2017 (ECF No. 33), hereby STIPULATE to the following briefing schedule:

1. The Defendants shall file a Motion to Dismiss or a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, by April 25, 2017.

2. The Plaintiff's Opposition to the Defendants' Motion and the Defendants' Reply to Plaintiff's Opposition shall be filed within the timeframes set forth in Local Rule 105.2(a).

3. The Plaintiff shall file a Motion for Preliminary Injunction by May 1, 2017.

4. The Defendants' Opposition to the Plaintiff's Motion for Preliminary Injunction and the Plaintiff's Reply to the Defendants' Opposition shall be filed within the timeframes set forth in Local Rule 105.2(a).

APPROVED THIS 17th DAY OF April, 2017

/s/ George L. Russell
GEORGE L. RUSSELL, III, U.S.D.J.